No. 974.   D'ELIA *v.* NEW YORK, NEW HAVEN & HART-
FORD RAILROAD ET AL.   C. A. 2d Cir.   Certiorari denied.
Petitioner *pro se.   Thomas J. O'Sullivan* for respondents.

No. 976.   SCADUTO *v.* ORLANDO, DBA A. J. ORLANDO
CONTRACTING Co.   C. A. 2d Cir.   Certiorari denied.
*Leo H. Raines* for petitioner.   *John F. Cogan, Jr.,* for
for respondent.

No. 977.   BENDELARI *v.* UNITED STATES.   Ct. Cl.   Cer-
tiorari denied.   Petitioner *pro se.   Solicitor General Cox*
for the United States.

No. 985.   ELY ET AL. *v.* OFFICIAL CREDITORS' COMMIT-
TEE OF FOX MARKETS, INC.   C. A. 9th Cir.   Certiorari
denied.   *John J. Quinn, Jr.,* for petitioners.   *Charles J.
Katz* for respondent.

No. 980.   LEWIS *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.   *James C. Britt* for petitioner.   *Solic-
itor General Cox, Assistant Attorney General Miller* and
*Beatrice Rosenberg* for the United States.

No. 996.   COMULADA *v.* UNITED STATES.   C. A. 2d Cir.
Certiorari denied.   *Albert J. Krieger* for petitioner.   *So-
licitor General Cox, Assistant Attorney General Miller,
Beatrice Rosenberg* and *Robert G. Maysack* for the
United States.

No. 35, Misc.   TRUMAN *v.* BOLES, WARDEN.   Sup. Ct.
App. W. Va.   Certiorari denied.   Petitioner *pro se.
C. Donald Robertson,* Attorney General of West Virginia,
and *George H. Mitchell,* Assistant Attorney General, for
respondent.